IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| STEPHANIE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| | ) |
| WALMART INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **COMPLAINT**

COMES NOW the plaintiff, by and through counsel, Melissa A. Tucker Pope and Richard W. James of DeVaughn James Injury Lawyers and for her claims against the defendant, alleges and states:

1. Plaintiff is a resident of Independence, KS.

2. The Defendant, Walmart Inc., is a foreign for-profit corporation organized in the State of Arkansas. It may be served through its resident agent, The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

3. This Court has jurisdiction over the persons and subject matter.

4. Venue is proper in the Wichita division of the Kansas District Court of the Federal District Court.

5. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

6. On or about 9/16/2017, Plaintiff was a business visitor shopping at Defendant's store located at 121 Peter Pan Road, Independence, Kansas 67301 ("Store").

7. As Plaintiff was walking through the Store, she slipped and fell due to a large puddle of water on the floor.

8. Defendant's employees and/or agents negligently failed to maintain the emergency exit door which allowed the water to enter creating a hazardous condition.

9. Defendant's employees and/or agents failed to warn of the hazardous condition.

10. Defendant's employees and/or agents failed to remedy the hazardous condition.

11. Through principles of respondent superior and vicarious liability, Defendant is responsible for the negligence of its employees and agents.

12. As a result of Defendant's negligence, Plaintiff sustained serious bodily injury, medical expenses, lost wages and has incurred non-economic damages such as pain and suffering. Furthermore, plaintiff reasonably expects to incur future medical expenses, future lost wages and future non-economic damages such as pain and suffering.

WHEREFORE, Plaintiff prays for judgment against defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

/s/ Melissa A. Tucker Pope
Melissa A. Tucker Pope, #25812
Richard W. James #19822
Attorney for Plaintiffs
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
mpope@devaughnjames.com
rjames@devaughnjames.com

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMESNOW the plaintiff and demands a pretrial conference and trial by a jury in this matter.

/s/ Melissa A. Tucker Pope
Melissa A. Tucker Pope, #25812
Richard W. James #19822
Attorney for Plaintiffs
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
mpope@devaughnjames.com
rjames@devaughnjames.com

## DESIGNATION FOR PLACE OF TRIAL

COME NOW the plaintiff and designates Wichita, Kansas as the place for trial of this matter.

/s/ Melissa A. Tucker Pope
Melissa A. Tucker Pope, #25812
Richard W. James #19822
Attorney for Plaintiffs
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
mpope@devaughnjames.com
rjames@devaughnjames.com