UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEPHANIE HARRIS,

    Plaintiff(s),

v.                                    Case No. 6:19-cv-01144-JWB-GEB

WALMART INC.,

    Defendant(s).

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Stephanie Harris, by and through undersigned counsel, and hereby voluntarily dismisses her Petition with prejudice towards the bringing of another action.

This dismissal is on the merits.

The costs of this action shall be born by the parties that incurred them.

                                                            DEVAUGHN JAMES INJURY LAWYERS

                                                            By:   /s/ Brendan P. Lykins
                                                            Brendan P. Lykins, #26098
                                                            Dustin L. DeVaughn, #16559
                                                            3241 N. Toben
                                                           Wichita, KS 67226
                                                           *Attorneys for Plaintiff*

Approved by:

HINKLE LAW FIRM LLC

By:   /s/ Sean D. Walsh
        Sean D. Walsh, #25052
        1617 N. Waterfront Parkway Suite 400
        Wichita, Kansas 67206
        *Attorneys for Defendant*